# Third District Court of Appeal

## State of Florida

Opinion filed September 18, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-158
Lower Tribunal Nos. 2001789830, 13230013006FC

_____

## Christian Rodriguez Fernandez,
Appellant,

vs.

## Department of Revenue, Child Support Program, et al.,
Appellees.


An appeal from the State of Florida Department of Revenue, Child Support Program.

Christian Rodriguez Fernandez, in proper person.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General (Tallahassee), for appellee Department of Revenue.

Before MILLER, LOBREE, and GOODEN, JJ.

MILLER, J.

Appellant, Christian Rodriguez Fernandez, the father, appeals from a final administrative paternity and support order rendered by the Florida Department of Revenue, Child Support Program (the "Department"), without a hearing.  On appeal, the father requests a reduction in his monthly child support obligation.  The father failed to request an administrative hearing; thus, the Department was authorized to enter the final order.  See § 409.2563(7)(b)–(c), Fla. Stat. (2023).  Finding that the record supports the imputation of income, we affirm.  We do so, however, without prejudice.  As commendably conceded by the Department, the father may seek an administrative modification of the final order as set forth in section 409.2563(12) or he may file an action to obtain a superseding order in the circuit court pursuant to section 409.2563(10)(c).  See Brookshire v. Dep't of Revenue, Child Support Enf't, 288 So. 3d 709, 710 (Fla. 4th DCA 2020).

Affirmed.